In the Matter of the Judicial Settlement of the Final Account of Proceedings of MARGARET N. TAYLOR and Others, as Executors of WILLIAM J. TAYLOR, Deceased, Respondents; THERON H. SAMMIS, as Special Guardian for CATHERINE MORRISON TAYLOR, an Infant, etc., Respondent; W. RUSSELL OSBORN, Appellant.*— Decree of the Surrogate's Court of Suffolk county, in so far as appealed from, reversed on the law and the facts, without costs, and motion of appellant granted to the extent of allowing him $15,000, payable out of the estate; said amount to be inclusive of his services and the disbursements incurred by him in the performance of such services. In our opinion there was a reasonable basis on behalf of the estate for bringing the New York county action. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

HENRY MENZE, Respondent, v. ALBERT SIRY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

WILLIAM NEY, Appellant, v. HISCOX PRODUCTS COMPANY, INC., Defendant; BURTON G. HOWE, as Ex-Sheriff of Suffolk County, Respondent.— Order denying motion to adjudge the respondent in contempt affirmed, without costs, and without prejudice to the appellant's right to institute an action against the respondent for any damages which may have been sustained by him through the respondent's alleged negligence. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

PEEKSKILL SAVINGS BANK, Plaintiff, v. BENJ. F. SCHWARTZ, Defendant, and WILLIAM BRANDRISS, Appellant; ERNEST C. WAGNER, Receiver, Respondent.— Order directing payment of rents to receiver, and order upon reargument, reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The rents were collected by the owner's agent before the receiver's appointment and, therefore, are the property of the owner of the equity. Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRVING GARTEN, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, affirmed. Despite the absence of a wrongful purpose on the part of defendant, he was nevertheless guilty of a violation of the statute (Penal Law, § 421). ■ Lazansky, P. J., Young and Davis, JJ., concur: Scudder and Tompkins, JJ., dissent.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL HERSHKOWITZ, Appellant.‡— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. W. ROYDEN KLEIN, Defendant.— Upon the submission, judgment directed for the plaintiff for $772.23, with interest from June 5, 1931, and without costs. No opinion. Lazansky, P. J., Young, Hagarty and Carswell, JJ., concur; Kapper, J., dissents.

WINIFRED RYAN, Appellant, v. THE CITY OF NEW YORK, Respondent.§— Judgment and order affirmed, with costs. No opinion. Lazansky, P. J., Kapper, Hagarty and Carswell, JJ., concur; Young, J., dissents.

---

* Motion to dismiss appeal denied, 259 N. Y. 578; affd., 259 N. Y. 645.

‡Affd., 259 N. Y. 535.    § Affd., 259 N. Y. 586.